# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

22 SOUTH CLINTON AVENUE • STATION PLAZA 4, FOURTH FLOOR • TRENTON, NEW JERSEY 08609 • (609) 989-2160

---

July 24, 2023

ORDER

*VIA EMAIL*
Hon. Douglas E. Arpert
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: United States v. Mallie Evans, Mag. No. 20-14031 (DEA)**

Dear Judge Arpert:

Undersigned counsel respectfully requests that the Court permit the Office of the Federal Public Defender for the District of New Jersey (Benjamin West, Esq.) to withdraw as counsel of record in the matter of the United States v. Mallie Evans. This motion is made at the direction of Mr. Evans himself, but undersigned counsel agrees that it would be appropriate for the Court to permit the Office of the Federal Public Defender to withdraw.

Despite good faith efforts on the part of all concerned, the attorney client relationship has irreconcilably broken down. As the Court will recall, Mr. Evans requested the appointment of different counsel on the record at his initial appearance on July 18, 2023. Counsel subsequently visited Mr. Evans and discussed his case with him on July 20, 2023, at Essex County Correctional Facility. Today Mr. Evans informed counsel during a telephone conference that he wishes to renew his request that the Court assign him new counsel and asked that counsel write to the Court to provide notice of his request.

Sincerely,

*s/ Benjamin West*
Benjamin J. West
Assistant Federal Public Defender
(609) 649-8364

Ordered application granted.
Public Defender relieved as counsel.
So Ordered -

Douglas E. Arpert, USMJ
7/28/2023